# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARCO A. VELEZ RIVERA,**

    **Plaintiff,**

v.                                                **Case No: 6:17-cv-156-Orl-28GJK**

**CO2METER, INC.,**

    **Defendant.**

## ORDER

This case is before the Court on the Renewed Joint Motion Requesting Order Approving Confidential Settlement Agreement and to Dismiss Lawsuit With Prejudice (Doc. 41). The assigned United States Magistrate Judge has submitted a Report (Doc. 42) recommending that the motion be granted in part and denied in part. Specifically, the magistrate judge recommends that the Court strike the Social Media Clause and the confidentiality and jury trial waiver provisions from the parties' Agreement (Doc. 39-1); that the motion be granted to the extent that the Court finds that the Agreement is a fair and reasonable compromise of Plaintiff's FLSA claim; that the motion otherwise be denied; and that the case be dismissed with prejudice. (Doc. 42 at 10). Neither party has filed an Objection to the Report, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion Requesting Order Approving Confidential Settlement Agreement and to Dismiss Lawsuit With Prejudice (Doc. 41) is **GRANTED in part and DENIED in part**. The Social Media Clause and the confidentiality and jury trial waiver provisions are **STRCKEN** from the parties' Agreement (Doc. 39-1). The motion is **granted** insofar as the Court finds that the Agreement (Doc. 39-1) is a fair and reasonable compromise of Plaintiff's FLSA claim and is otherwise **denied**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on June 29, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record